**FILED**

DEC - 4 2014

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14-CR-3228-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE |
| JULIO CABRERA (2), | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 4, 2014

HONORABLE BARBARA LYNN MAJOR
United States Magistrate Judge